AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

USA

V.

SILVIO ORTEGA-HERRERA

**EXHIBIT AND WITNESS LIST**

Case Number:  05-M-0426-RBC

| PRESIDING JUDGE ROBERT B. COLLINGS | PLAINTIFF'S ATTORNEY W. CONNOLLY | DEFENDANT'S ATTORNEY EDWARD RYAN |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER DIGITAL | COURTROOM DEPUTY NOREEN A. RUSSO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 3.18.05 | X | X | RESIDENT ALIEN CARD Hector Lopez |
| 2 | | 3.18.05 | X | X | RESIDENT ALIEN CARD Francisco Jimenez |
| 3 | | 3.18.05 | X | X | COLOMBIA ID |
| 4 | | 3.18.05 | X | X | Agent John Coleman Affidavit |
| | | | | | |
| | | | | | Witness One for Gov't: Agent John H. Coleman. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of     1     Pages