AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

Silvio Ortega-Herrera

10 Soden Street, Cambridge, MA

**WARRANT FOR ARREST**

CASE NUMBER: 2005-M-0826-RBC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Silvio Ortega-Herrera
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
illegal reentry of a deported alien

in violation of Title    8    United States Code, Section(s)    1326 (a) and (b)

Robert B. Collings
Name of Issuing Officer

/s/ [signature]
Signature of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

MAR 14 2005 at 12.57 pm
Date and Location

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 6420
Boston, Massachusetts 02210
Name of Judicial Officer

Bail fixed at $ _____    by

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY ICE
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 3/14/05

DATE RECEIVED

DATE OF ARREST

SIGNATURE OF ARRESTING OFFICER

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:

ALIAS:

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year):

SOCIAL SECURITY NUMBER (last 4 digits only):

HEIGHT:                                                     WEIGHT:

SEX:                                                         RACE:

HAIR:                                                        EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: