UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) 05-CR-10071-RWZ |
| | ) CRIMINAL NO. |
| v. | ) |
| | ) VIOLATION: |
| SILVIO ORTEGA-HERRERA, | ) 8 U.S.C. § 1326 |
| a/k/a ELADIO HERRERA, | ) Illegal Re-entry of |
| a/k/a OSCAR DIAZ, | ) Deported Alien |
| a/k/a SILVIO ORTEGA | ) |

## INDICTMENT

**COUNT ONE**: 8 U.S.C. §1326 - Illegal Re-entry of Deported Alien

The Grand Jury charges that:

On or about February 23, 2005, at Cambridge, in the District of Massachusetts,

SYLVIO ORTEGA-HERRERA,
a/k/a ELADIO HERRERA,
a/k/a OSCAR DIAZ,
a/k/a SILVIO ORTEGA,

defendant herein, being an alien and having been excluded, deported and removed from the United States, attempted to enter, entered, and was found in the United States without having received the express consent of the United States Attorney General prior to March 1, 2003, or the express consent of the Secretary of the Department of Homeland Security since that date, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Sections 1326(a) and (b)(2) and Title 6, United States Code, Sections

1

202(3) and (4) and Section 557.

A TRUE BILL

_____
FOREPERSON OF GRAND JURY

_____
William H. Connolly
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, March 23, 2005.

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk  2:30PM

3

JS 45 (5/97) - (Revised USAO MA 3/25/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**            Category No. __II__            Investigating Agency __ICE__

City __Cambridge__            Related Case Information:   05-CR-10071-RWZ

County __Middlesex__       Superseding Ind./ Inf. _____   Case No. _____
                                          Same Defendant __X__   New Defendant _____
                                          Magistrate Judge Case Number   __05-0426-RBC__
                                          Search Warrant Case Number _____
                                          R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Silvio Ortega-Herrera__            Juvenile  ☐ Yes  ☒ No

Alias Name __Eladio Herrera, Oscar Diaz, Silvio Ortega__

Address __10 Soden Street, Cambridge, MA__

Birth date: __1969__   SS#: _____   Sex: __M__   Race: __Hispanic__   Nationality: __Colombia__

Defense Counsel if known: __Edward Ryan__      Address: __O'Connor & Ryan__
                                                                         __61 Academy Street, Fitchburg 01420__
Bar Number: _____

**U.S. Attorney Information:**

AUSA __William H. Connolly__            Bar Number if applicable  __634501__

Interpreter:  ☒ Yes  ☐ No      List language and/or dialect:  __Spanish__

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested      ☐ Regular Process      ☒ In Custody

**Location Status:**

Arrest Date: _____

☒ Already in Federal Custody as __pretrial detainee__ in __Plymouth__
☐ Already in State Custody _____  ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/23/05__      Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy) _____

Name of Defendant    Silvio Ortega Herrera

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  8 U.S.C. § 1326(a) | Illegal Reentry of Deported Alien | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

District Court Case Number  (To be filled in by deputy  _____

Name of Defendant    Silvio Ortega Herrera
JS 45.wpd - 3/13/02