# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

     v.                              CRIMINAL NO. 2005-10071-RWZ

SILVIO ORTEGA HERRERA,
        Defendant.

## MEMORANDUM AND ORDER

COLLINGS, U.S.M.J.

     The above-listed defendant was arraigned before me on March 31, 2005. Accordingly, the case shall proceed pursuant to the amendments to the Local Rules which became effective December 1, 1998. Further, unless counsel for the defendant files a Waiver of Request for Disclosure within fourteen (14) days, the twenty-eight (28) day period specified in Local Rule 116.1(C) and (D) (eff. 12/1/98) and the forty-two (42) day period specified in Local Rule 116.3(A) (eff. 12/1/98) shall commence to run on March 31, 2005.

     Counsel are ORDERED to appear for an Initial Status Conference on **WEDNESDAY, MAY 11, 2005 AT 2:30 P.M.** at Courtroom #14 (5th floor), John

Joseph Moakley United States Courthouse, Boston, Massachusetts before the undersigned.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

March 31, 2005.