# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

        V.                                **CRIMINAL NO. 05CR10071RWZ**

**SILVIO ORTEGA-HERRERA,**
a/k/a **ELADIO HERRERA,**
a/k/a **OSCAR DIAZ,**
a/k/a **SILVIO ORTEGA**

## NOTICE RE: AUTOMATIC DISCLOSURE

In accordance with Local Rule (LR) 116.1 the defendant, SILVIO ORTEGA-HERRERA states that no waiver will be filed and requests that the government provide automatic discovery in accordance with LR 116.1(C).

                                                    Respectfully submitted,
                                                    Silvio Ortega-Herrera
                                                    By his attorney,

Dated: April 6, 2005                   /s/ Edward P. Ryan, Jr.
                                                    Edward P. Ryan, Jr., Esq.
                                                    O'Connor and Ryan, P.C.
                                                    61 Academy Street
                                                    Fitchburg, MA 01420
                                                    (978) 345-4166
                                                    BBO#434960