UNITED STATES DISTRICT COURT
DISTRICT OF MASSAHCUSETTS

_____
UNITED STATES OF AMERICA )
)
vs. ) Criminal No.
) 05CR10071RWZ
SILVIO ORTEGA-HERRERA, )
a/k/a ELADIO HERRERA, )
a/k/a OSCAR DIAZ, )
a/k/a SILVIO ORTEGA )
    DEFENDANT )
_____

## EX PARTE MOTION FOR FUNDS

Now comes the Defendant in the above-entitled matter and moves for an order authorizing the Defendant to obtain the services of a Spanish speaking interpreter and for an order for funds to pay for said services. As grounds for this motion the Defendant states that he is unable to adequately communicate with counsel in English.

                         Respectfully submitted,
                         The Defendant, by his attorney

                         /s/ Edward P. Ryan Jr.

                         _____
                         Edward P. Ryan Jr.
                         O'Connor and Ryan, P.C.
                         61 Academy Street
                         Fitchburg, MA 01420
                         978-345-4166
                         BBO # 434960

April 21, 2005