UNITED STATES DISTRICT COURT
DISTRICT OF MASSAHCUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>vs. )<br>)<br>SILVIO ORTEGA-HERRERA, )<br>a/k/a ELADIO HERRERA, )<br>a/k/a OSCAR DIAZ, )<br>a/k/a SILVIO ORTEGA )<br>DEFENDANT ) | Criminal No.<br>05CR10071RWZ |

## DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING

Now comes the Defendant in the above-entitled matter and moves to continue the sentencing hearing now scheduled for August 25, 2005 at 2:30 PM. As grounds for this motion the undersigned states that additional time is needed to schedule a hearing in state court in connection with the defendant's previously filed motion to revoke and revise a state court sentence, which if allowed may impact sentencing in the above matter. In addition, the undersigned received the addendum to the presentence report, responsive to the Defendant's objections on August 22, 2005 and needs additional time to prepare for sentencing. Counsel requests that the Sentencing Hearing be rescheduled to November 7, 8, 9, or 10, 2005.

Respectfully submitted,
The Defendant, by his attorney
/s/ Edward P. Ryan Jr.

August 23, 2005

_____
Edward P. Ryan Jr.
O'Connor and Ryan, P.C.
ASSENTED TO:                    61 Academy Street
                                Fitchburg, MA 01420
_____        978-345-4166
William Connolly, AUSA          BBO # 434960